IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| FRANK B. HANKINS, #519390 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv967 |
| LINDA RICHEY, ET AL. | § | |

| | | |
|---|---|---|
| COREY A. BURLEY | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv601 |
| JOHN RUPERT, ET AL. | § | |

O R D E R

The above-entitled and numbered civil actions were heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (Civil Action No. 6:13cv967, docket entry #27; Civil Action No. 6:13cv601, docket entry #52) ) is **ADOPTED**. It is further

**ORDERED** that Plaintiff Frank B. Hankins' motion to dismiss (Civil Action No. 6:13cv601, docket entry #50) is **GRANTED**. It is further

**ORDERED** that *Hankins v. Richey*, Civil Action No. 6:13cv967, is **DISMISSED** without prejudice.

    **It is SO ORDERED**.

    **SIGNED this 9th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE